# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMBER SAMUEL

VERSUS

RONALD ROSS, JR.

NO.   2026 CW 0583

**MAY 1, 2026**

---

In Re:   Amber Samuel, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 2763.

---

**BEFORE:   LANIER, MILLER, AND FIELDS, JJ.**

   **STAY DENIED; WRIT DENIED.**  In light of the custody trial set on May 26, 2026 and the lack of a complete evidentiary record before this court in this writ application, this court declines to exercise its supervisory jurisdiction.

**WIL**
**SMM**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT